OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
$ 00.26⁵
MAR 06 2015
MAILED FROM ZIP CODE 78701

3/4/2015
ROBLES, JUAN VALADEZ   Tr. Ct. No. CR-08B-029A   WR-82,813-01
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

U TF

JUAN VALADEZ ROBLES
WHEELER UNIT - TDC # 1643655
986 COUNTY ROAD AA
PLAINVIEW, TX 79072